IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARPENTERS PENSION AND RETIREMENT SAVINGS FUNDS OF ILLINOIS,  Plaintiffs,  vs.  JOHNESSE CONSTRUCTION, INC.,  Defendant. | No. 06-CV-324 DRH |

## ORDER

It appearing to the Court that the plaintiff has failed to request the Court to enter a default judgment as required by the Clerk's Notice of Impending Dismissal for Want of Prosecution dated July 31, 2006, and the Court being fully advised in the premises,

**IT IS THEREFORE ORDERED** that the complaint filed herein be, and it is hereby **DISMISSED** without prejudice against the following defendant, **Johnesse Construction, Inc.** Inasmuch as this is the only defendant, this file may now be closed.

**DATED:** September 13, 2006.

/s/        David RHerndon
**UNITED STATES DISTRICT JUDGE**